UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOLENE C. GONSALVES,

**Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　　Case No: 6:17-cv-967-Orl-18DCI

COMMISSIONER OF SOCIAL SECURITY,

**Defendant.**

## ORDER

THIS CAUSE concerns Claimant Jolene Gonsalves' appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her applications for disability benefits (Doc. 1). On June 18, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report") recommending that the Commissioner's decision be affirmed (Doc. 24). After review of the Report and Recommendation and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

DONE and ORDERED in Orlando, Florida, this ___31___ day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　G. KENDALL SHARP
　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record